**Kristi WHITEHEAD and Jonathon Whitehead, Plaintiffs/Respondents,**

v.

**The WASHINGTON UNIVERSITY, and Steven R. Hunt, M.D., and Ethicon Endo–Surgery, Inc., Defendants/Respondents.**

No. ED 103077

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: May 17, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 2016

Application for Transfer Denied September 20, 2016

Philip L. Willman, Anegla E. Pozzo, Teresa M. Young, 800 Market Street, Suite 1100, St. Louis, MO 63101, Kara T. Stubbs, Angela M. Higgins, Matthew S. Hendricks, 2400 Pershing Rd., Suite 500, Kansas City, MO 64108, Timothy E. Hudson, Pro Hac Vice, Richard B. Phillips, Jr., Pro Hac Vice, 1722 Routh St., Suite 1500, Dallas, TX 75201, for appellants.

Michelle Boehm O'Neal, Edward J. Hershewe, Lauren A. Peterson, 431 S. Virginia Ave., Joplin, MO 64801, for respondents.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM

In this consolidated appeal, the defendants, Ethicon Endo–Surgery, Inc., Washington University, and Dr. Steven Hunt, appeal the judgment of the Circuit Court of the City of St. Louis granting a new trial to the plaintiffs, Kristi and Jonathon Whitehead. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision. We affirm the trial court's judgment. Rule 84.16(b)(5).